IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARRY DEWAYNE WOODS,

    Petitioner,               No. CIV S-01-1724 LKK KJM P

    vs.

ROBERT L. AYERS,

    Respondent.             ORDER

_____/

    Petitioner has requested an extension of time to file and serve objections to the August 21, 2006 findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's September 27, 2006 request for an extension of time is granted; and

    2. Petitioner is granted sixty days from the date of this order in which to file and serve objections to the August 21, 2006 findings and recommendations.

DATED:  October 2, 2006.

                                              UNITED STATES MAGISTRATE JUDGE

/mp wood1724.111