IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARRY DEWAYNE WOODS,

    Petitioner,        No. CIV S-01-1724 LKK KJM P

  vs.

ROBERT L. AYERS, Warden,

    Respondent.        <u>ORDER</u>

_____/

        On November 29, 2006, petitioner requested a stay of the time in which to file his objections to this court's August 21, 2006 findings and recommendations, pending his transfer to a new prison.

        On December 28, 2006, petitioner filed a change of address, showing that the transfer has been completed.

        Accordingly, IT IS HEREBY ORDERED:

        1. Petitioner's November 29, 2006 request for a stay is denied, but

        2. Petitioner is granted an additional thirty days from the date of this order in which to file his objections. No further extensions will be granted absent extraordinary circumstances.

DATED: January 9, 2007.

                                          U.S. MAGISTRATE JUDGE

2/wood1724.eot

1