IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARRY DEWAYNE WOODS,

      Petitioner,                      No. CIV S-01-1724 LKK KJM P

      vs.

ROBERT L. AYERS,

      Respondent.                ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. On March 28, 2007, Judgment was entered in this court denying the petition. On May 4, 2007, petitioner filed a Notice of Appeal and a Request for a Certificate of Appealability.[1]

        Before petitioner can appeal this decision, a Certificate of Appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). Federal Rule of Appellate Procedure 22(b) requires the district court judge who rendered a judgment denying such petition to "either issue a certificate of probable cause or state the reasons why such a certificate should not issue."

---

[1] There are two dates, May 4 and May 6, on the certificate of service. The court will treat May 4 as the date petitioner gave the documents to prison authorities to be mailed, which is deemed the date of filing under the prison mailbox rule. Houston v. Lack, 487 U.S. 266 (1988).

1

1   The timely filing of a notice of appeal is a jurisdictional requirement. <u>Scott v.
2   Younger</u>, 739 F.2d 1464, 1466 (9th Cir.1984). Here, the time limit for filing a notice of appeal
3   following entry of judgment is thirty days. <u>See</u> Fed. R. App. P. 4(a). Petitioner's Notice of
4   Appeal in this action was filed more than thirty days after entry of Judgment.
5   The United States Court of Appeals for the Ninth Circuit has held that the
6   issuance of a certificate of probable cause cannot vest the court of appeals with jurisdiction if
7   jurisdiction is not proper in that court. <u>Hayward v. Britt</u>, 572 F.2d 1324, 1325 (9th Cir. 1978).
8   The rationale of <u>Hayward</u> applies with equal force to a certificate of appealability. For these
9   reasons, the court declines to issue a Certificate of Appealability.
10  IT IS SO ORDERED.
11  DATED: June 20, 2007.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2